IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV84 |
| V. | ) ) | |
| COLONY NATIONAL INSURANCE COMPANY, DEANGELO BROTHERS, Inc., and AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court upon the motion of Gage Cobb to withdraw as counsel of record for Plaintiff. (Filing 39.) Upon the representation that Plaintiff will continue to be represented in this matter, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record for Plaintiff (filing 39) is granted.

2. The Clerk of Court shall terminate the appearance of Gage Cobb as counsel of record for Plaintiff and shall terminate future notices to Mr. Cobb in this action.

**DATED January 2, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**