IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | CASE NO. 8:13-CV-0084 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | STATUS REPORT |
| COLONY NATIONAL INSURANCE COMPANY; DeANGELO BROTHERS, INC.; and AMERICAN HOME ASSURANCE COMPANY, d/b/a AIG, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, Union Pacific Railroad Company ("Union Pacific"), and submits this report advising as to the status of the matters formerly pending in the United States District Court for the Middle District of Pennsylvania. This report is filed pursuant to this Court's July 12, 2013 order [Filing No. 38]. The order required that this Court be notified within seven days of the Middle District of Pennsylvania's decision regarding Union Pacific's motion to dismiss for lack of personal jurisdiction.

Union Pacific reports that on January 28, 2015, Judge Robert D. Mariani for the Middle District of Pennsylvania entered an order granting Union Pacific's Renewed Motion to Dismiss for Lack of Personal Jurisdiction and dismissed Union Pacific as a defendant. *Colony Nat'l Ins. Co. v. DeAngelo Bros., Inc. et al*, Case 3:13-cv-004001-RDM [Filing No. 105]. Furthermore, the Court declined jurisdiction to hear the remaining claims against defendant DeAngelo Brothers, Inc. under the Declaratory Judgment Act. Judge Mariani ordered the Clerk of the Court to close the Middle District of Pennsylvania case.

As of the filing of this status report, a notice of appeal has not been filed by either Plaintiff.

DATED this 30th day of January 2015.

UNION PACIFIC RAILROAD COMPANY, Plaintiff,

By: /s/ Anne Marie O'Brien
Anne Marie O'Brien, #18271
Daniel J. Hassing, #24408
Lamson, Dugan & Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Telephone: (402)397-7300
Telefax: (402) 397-7824
aobrien@ldmlaw.com
dhassing@ldmlaw.com
*ATTORNEYS FOR PLAINTIFF*

CERTIFICATE OF SERVICE

I hereby certify that on **January 30, 2015**, I electronically filed the foregoing status report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Dan H. Ketcham
Engles, Ketcham Law Firm
Woodmen Tower, Suite 1350
1700 Farnam Street
Omaha, NE 68102
(402) 348-0900
(402) 348-0904 – fax
dketcham@ekoklaw.com
-and-
William F. Stewart, (admitted pro hac vice)
Michael Murphy (admitted pro hac vice)
Stewart Bernsteil Rebar & Smith
470 Norristown Road, Suite 201
Blue Bell, PA 19422
Telephone: (484) 344-5340
Telefax: (484) 344-5341
wstewart@sbrslaw.com
mmurphy@sbrslaw.com
*ATTORNEYS FOR DEFENDANT
COLONY NATIONAL INS. CO.*

William H. Selde
Sodoro, Daly, Shomaker & Selde, PC, LLO
7000 Spring Street
Omaha, NE 68106
(402) 397-6200
(402) 397-6290 – fax
wselde@sodorolaw.com
-and-
Joel M. Eads
Trenk, Dipasquale Law Firm
32 Parking Plaza, Suite 402
Ardmore, PA 19003
(610) 645-5600
(610) 645-5605 – fax
jeads@trenklawfirm.com
*ATTORNEYS FOR DEFENDANT*
*AMERICAN HOME ASSURANCE CO.,*
*d/b/a AIG. Inc.*

And a copy of the status report was emailed to:

Joe Ferguson
100 N. Conahan Drive
Hazleton, PA 18201
jferguson@dbiservices.com
*GENERAL COUNSEL FOR DEFENDANT*
*DeANGELO BROTHERS, INC.*

/s/ Anne Marie O'Brien