## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| | ) | **Case No. 8:13CV84** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | **ORDER AMENDING R. 26** |
| COLONY NATIONAL INSURANCE | ) | **PLANNING REPORT DEADLINES** |
| COMPANY; DeANGELO BROTHERS, | ) | |
| INC.; and AMERICAN | ) | |
| HOMEASSURANCE COMPANY, d/b/a | ) | |
| AIG, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court on the unopposed Motion to Extend Deadline for Expert Disclosures (#88) and other deadlines set out in the parties' R.26(f) Planning Report (#57). The motion will be granted and the planning report deadlines extended.

**IT IS ORDERED:**

1.  The deadline for defendants to disclose their experts and produce their expert reports is extended to **November 24, 2015.**

2.  The deadline for filing motions to exclude expert testimony on *Daubert* and related grounds is extended to **December 11, 2015.**

3.  The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to **January 11, 2016.**

4.  The deadline for completing depositions, whether or not they are intended to be used at trial, is extended to **January 22, 2016.**

5.  The deadline for filing motions to dismiss and/or for summary judgment is extended

to **March 15, 2016.**

6.  Other necessary deadlines, including the pretrial conference and trial date, will be

established at the telephonic planning conference set for **November 9, 2015, at 10:30 A.M.**

Dated this 24th day of September, 2015.

BY THE COURT:


s/ F.A. Gossett, III
United States Magistrate Judge