## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNION PACIFIC RAILROAD COMPANY, | ) | Case No.: 8:13-cv-0084 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER STAYING DISCOVERY AND SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT |
| COLONY NATIONAL INSURANCE COMPANY; DeANGELO BROTHERS, INC.; and AMERICAN HOME ASSURANCE COMPANY, d/b/a AIG, INC., | ) | |
| Defendants. | ) | |

This case was before the Court for a Planning Conference held telephonically. Anne Marie O'Brien and Michael Storey appeared on behalf of Union Pacific Railroad Company. Dan Ketcham, Michael Murphy, and William Stewart appeared on behalf of Colony National Insurance Company. Joseph Ferguson and Mark Daly appeared on behalf of DeAngelo Brothers, Inc. Joel Eads appeared on behalf of American Home Assurance Company. Per the agreement of the parties, all discovery is temporarily stayed and the parties have agreed to a briefing schedule for anticipated cross-motions for partial summary judgment.

**IT IS ORDERED:**

1. All discovery is this matter is temporarily stayed until the resolution of the parties' anticipated cross-motions for partial summary judgment.

2. The deadline for the parties to file their respective motions for partial summary judgment is **December 15, 2015**.

3. The deadline for submitting a brief in opposition to a motion for partial summary judgment is **February 1, 2016**.

4. The deadline for the movants to file reply briefs in support of their respective motions for partial summary judgment is **February 15, 2016.**

**Dated November 16, 2015.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett**
                              **United States Magistrate Judge**