# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 8:13CV84 ) |
| COLONY NATIONAL INSURANCE COMPANY, DEANGELO BROTHERS, INC., and AMERICAN HOME ASSURANCE COMPANY, | ) Order ) ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the court pursuant to Chief Judge Smith Camp's Amended Memorandum and Order (Filing No. 125) lifting the stay of discovery. Accordingly,

**IT IS ORDERED:**

1. The parties are to meet and confer and submit a proposed progression order to this court on or before **May 13, 2016.**

2. Any briefs and evidence in opposition to Colony National Insurance Company's Motion to Compel (Filing No. 90) shall be filed on or before **May 16, 2016**. Colony may file a reply brief and index of evidence within seven (7) days after the filing and service of any brief in opposition. See NECivR 7.1.

**DATED: April 27, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**