IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | Case No.: 8:13-cv-0084 |
| Plaintiff, | ) ) | |
| vs. | ) ) | AMENDED SCHEDULING ORDER |
| COLONY NATIONAL INSURANCE COMPANY; DeANGELO BROTHERS, INC.; and AMERICAN HOME ASSURANCE COMPANY, d/b/a AIG, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

This case is before the court on the proposed progression dates jointly submitted by the parties. The court hereby adopts the proposed schedule as follows:

**IT IS ORDERED**:

February 1, 2017   Deadline for all parties to disclose expert witnesses.

May 1, 2017   Deadline for all parties to complete depositions on all experts.

July 1, 2017   Deadline for close of discovery (including depositions).

August 15, 2017   Deadline to file all dispositive motions, including *Daubert*.

October 9, 2017   Deadline to file motions in limine.

October 16, 2017, 9:30 A.M.   Pretrial conference date.

November 14, 2017   Jury trial before Chief Judge Laurie Smith Camp.

DATED this 17th day of May, 2016.

BY THE COURT:


s/ F.A. Gossett, III
U.S. Magistrate Judge