IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:13CV84 |
| COLONY NATIONAL INSURANCE COMPANY; DeANGELO BROTHERS, INC.; and AMERICAN HOME ASSURANCE COMPANY, d/b/a AIG, INC., | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter comes before the court on Defendant American Home Assurance Company's Motion to Withdraw Appearance and Substitute Counsel (Filing No. 134). The court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. Defendant American Home Assurance Company's Motion to Withdraw Appearance and Substitute Counsel (Filing No. 134) is granted. The law firm of Pietragallo Gordon Alfano Bosick & Raspanti LLP is hereby substituted for Greenberg Traurig LLP as counsel for Defendant American Home Assurance Company. Joel Max Eads and the law firm of Greenberg Traurig LLP are granted leave to withdraw.

2. The Clerk of Court is directed to terminate the appearance of Mr. Eads as counsel for American Home Assurance Company and terminate future notices to Mr. Eads in this action.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge