# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COLONY NATIONAL INSURANCE COMPANY, DEANGELO BROTHERS, Inc.; and AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendants. | 8:13CV84<br><br>ORDER |

Pursuant to the representation of the parties,

IT IS ORDERED: This case is closed for statistical purposes only, pending the submission of documents as contemplated in ECF No. 256.

Dated this 20th day of March, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge