IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | CASE NO.: 8:13-cv-0084 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| COLONY NATIONAL INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS STIPULATED by and between the parties that the above-captioned action should be dismissed with prejudice to the filing of any future action, with each party to pay their own costs and with complete record waived.

DATED THIS 6th day of April, 2018.

UNION PACIFIC RAILROAD COMPANY, Plaintiff,

By: /s/ Anne Marie O'Brien
        Anne Marie O'Brien, #18271
        Michael L. Storey, #24960
        Lamson, Dugan & Murray, LLP
        10306 Regency Parkway Drive
        Omaha, NE 68114
        Telephone: (402) 397-7300
        Telefax: (402) 397-7824
        aobrien@ldmlaw.com
        mstorey@ldmlaw.com

-and-

David M. Newman, #24549
General Attorney
Union Pacific Railroad Company
1400 Douglas Street, Stop 1580
Omaha, NE 68179-1580
Telephone: (402) 544-1658
Telefax:  (402) 501-0127
dmnewman@up.com


COLONY NATIONAL INSURANCE
COMPANY, Defendant,

By: /s/ William F. Stewart
      William F. Stewart (admitted *pro hac vice*)
      Michael Murphy (admitted *pro hac vice*)
      Stewart Smith
      300 Four Falls Corporate Center, Suite 670
      West Conshohocken, PA 19428
      Telephone:  (484) 534-8300
      Telefax:  (484) 534-9470
      wstewart@stewartsmithlaw.com
      mmurphy@stewartsmithlaw.com

      -and-

      Dan H. Ketcham, #18930
      Engles, Ketcham, Olson & Keith, P.C.
      1700 Farnam Street
      Omaha, NE  68102
      Telephone:  (402) 348-0900
      Telefax:  (402) 348-0904
      dketcham@ekoklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 6, 2018**, a true and correct copy of the foregoing Stipulation for Dismissal was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael Murphy (admitted *pro hac vice*)          mmurphy@stewartsmithlaw.com
William F. Stewart (admitted *pro hac vice*)       wstewart@stewartsmithlaw.com
Stewart Smith
300 Four Falls Corporate Center, Suite 670
West Conshohocken, PA 19428
Telephone:  (484) 534-8300
Telefax:  (484) 534-9470

-and-

Dan H. Ketcham, #18930                              dketcham@ekoklaw.com
Engles, Ketcham Law Firm
Woodmen Tower, Suite 1350
1700 Farnam Street
Omaha, NE 68102
Telephone:  (402) 348-0900
Telefax:  (402) 348-0904
*Counsel for Defendant Colony National
Insurance Company*

/s/ Anne Marie O'Brien

#666373

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | CASE NO.: 8:13-cv-0084 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| COLONY NATIONAL INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came to be heard upon the Stipulation of the parties requesting that the above-captioned action should be dismissed with prejudice, with each party to pay its own costs and with complete record waived.

The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

IT IS, THEREFORE, ORDERED that the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, with each party to pay its own costs and with complete record waived.

DATED THIS ____day of April, 2018.

BY THE COURT:

_____
Honorable Laurie Smith Camp

#666372